**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL No.: 92-486-2** |
| **v.** | : | |
| **JOSEPH BIELAWSKI a/k/a/ "New York Joe"** | : | |
| **(IN RE: FORFEITURE OF PREMISES KNOWN AS 2835 AGATE STREET, PHILADELPHIA, PENNSYLVANIA, A PARCEL OF REAL PROPERTY AND ALL APPURTENANCES THERETO, LYING IN PHILADELPHIA COUNTY, COMMONWEALTH OF PENNSYLVANIA)** | : | |

**RELEASE OF LIS PENDENS**

COME NOW THE UNITED STATES OF AMERICA, by and through its undersigned attorneys, hereby releases the Notice of Lis Pendens affecting the premises commonly known as **2835 Agate Street, Philadelphia, Philadelphia County, Pennsylvania, APN 25-2328300,** such claims having previously been entered with the Office of Recorder of Deeds, Philadelphia, Pennsylvania, as a result of the Notice of Lis Pendens filed in the above-captioned matter.

The property is further described and recorded at the Philadelphia County Recorder of Deeds, at Book 1146, Pages 413-416, dated July 21, 1988, as owned by Joseph and Carol Biewlawski. The property is further described as follows:

> ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected. SITUATE on the Southeast side of Agate Street at the distance of Two Hundred Ninety-one feet Northeast from the Northeast side of Somerset Street in the Twenty-fifth Ward of the City of Philadelphia. CONTAINING in front or breadth on the said Agate Street Fourteen feet and

extending of that width in length or depth Southeastward between lines parallel with the said Somerset Street Forty-Six feet to a certain Three feet wide alley which extends Southwest from Auburn Street and communicates at its Southwesternmost end with a certain other alley Three feet wide which extends Northwest and Southeast from Memphis Street to the said Agate Street.

BEING – 2835 Agate Street.

BEING APN 25-2328300.

such claims having been entered with the Office of Recorder of Deeds, in Philadelphia County, Pennsylvania and having been entered as a result of the Notice of Lis Pendens filed in the above captioned matter.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

Respectfully submitted,

WILLIAM M. McSWAIN
United States Attorney

SARAH L. GRIEB
Assistant United States Attorney
Chief, Asset Recover/Victim
Witness

Dated: October 23, 2018